IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
AUG 1 5 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES,

v.

CESAR RODRIGUEZ,

Defendant.

Case No. 4:23-cr-36

## ORDER

This matter is before the Court for consideration of a Report and Recommendation by the Honorable Lawrence R. Leonard, United States Magistrate Judge (ECF No. 51), recommending that the Court accept Defendant Cesar Rodriguez's plea of guilty to the specified charge in the pending matter pursuant to a plea hearing conducted by the Magistrate Judge with the consent of the defendant and counsel. *See* ECF Nos. 47 (Waiver of Right to Rule 11), 48 (Hearing).

The Court finds that the Magistrate Judge made a full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period.

Accordingly, it is hereby **ORDERED** that the Report and Recommendation and findings of the Magistrate Judge are **ADOPTED**. The defendant's guilty plea to Count One of the indictment is **ACCEPTED,** and the defendant is hereby **ADJUDGED** guilty of that offense. ECF Nos. 5 (Indictment) and 49 (Plea Agreement).

The Probation Office is **DIRECTED** to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record and to the Probation Office.

**IT IS SO ORDERED.**

                                                              /s/
Jamar K. Walker
United States District Judge

Newport News, Virginia
August 15, 2023